FILED'09 JUL 22 17:40 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) | Civil No. 08-302-CL |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| MARY WAGNER, et al., | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| MARJORIE IVERSON and LAWRENCE IVERSON, | ) ) ) | |
| Defendants-Intervenors. | ) | |

**PANNER, Judge.**

On June 29, 2009, Magistrate Judge Clarke filed his Report and Recommendation (R&R), which recommends: (a) denying Plaintiffs' motion for summary judgment, (b) granting the motions for summary judgment by Defendants and Defendants-Intervenors. Judge Clarke also denied Defendants-Intervenors motion to strike. The matter is now before me for *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983) (absence

1 - ORDER

of objection does not relieve "district court of its obligation . . . to decide for itself whether the Magistrate's report is correct").

I find no error.[1]

### Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 123) are adopted. Plaintiffs' Motion (# 68) for Summary Judgment is denied. Defendants' Motion (# 98) for Summary Judgment is granted. Defendants-Intervenors' Motion (# 81) for Summary Judgment is granted.

IT IS SO ORDERED.

DATED this ___22___ day of July, 2009.

_____
Owen M. Panner
United States District Judge

---

[1] The court clarifies Footnote 4 on page 8, which states that the "2006 Permit expired December 31, 2004 . . . . " It was the "1996 Permit" that expired on December 31, 2004. Plaintiffs contend the 2006 Permit should expire December 31, 2014.

2 - ORDER